IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SPEED MONITORING TECHNOLOGIES LLC

       Plaintiff,

-against-

BMW OF NORTH AMERICA, LLC

       Defendant.

Civil Action No.: _____

**JURY TRIAL DEMANDED**

**COMPLAINT FOR PATENT INFRIGEMENT**

Plaintiff Speed Monitoring Technologies LLC ("SMT"), as and for its Complaint against Defendant BMW of North America, LLC ("BMW"), hereby alleges as follows:

**NATURE OF THE ACTION**

1. This is an action under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*., for infringement by BMW of claims of U.S. Patent No. 7,389,198.

**PARTIES**

2. Plaintiff SMT is a limited liability company organized and existing under the laws of the State of Delaware, having its principal place of business at One Commerce Center – 1201 Orange St., #600, Wilmington, Delaware 19899.

3. Upon information and belief, defendant BMW is a limited liability company organized and existing under the laws of the State of Delaware, having its principal place of business at BMW of North America, LLC, 300 Chestnut Ridge Road, Woodcliff Lake, NJ 07677-7731.

**JURISDICTION AND VENUE**

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and

1338(a).

5.  This Court has personal jurisdiction over BMW because, *inter alia,* BMW is a Delaware limited liability company, BMW has done and continues to do business in the State of Delaware, and upon information and belief, BMW has committed and continues to commit acts of patent infringement in the State of Delaware.

6.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b) because, *inter alia*, both Plaintiff SMT and Defendant BMW are Delaware limited liability companies, Plaintiff's principal place of business is located in this judicial district, the Patent-in-Suit is assigned to Plaintiff, Defendant is subject to personal jurisdiction in this district, and, upon information and belief, Defendant has committed and continues to commit acts of patent infringement in this district.

## PATENTS-IN-SUIT

7.  On June 17, 2008, the United States Patent and Trademark Office duly and lawfully issued U.S. Patent No. 7,389,198 (the "'198 Patent" or the "Patent-in-Suit"), entitled "Land Vehicle Speed Monitoring System," based upon an application filed by the inventor, James C. Dimitriadis.  A true and correct copy of the '198 Patent is attached hereto as Exhibit A.

8.  The '198 Patent generally relates to a system for monitoring a land vehicle speed relative to a speed limit.

9.  SMT is the owner of the '198 Patent and has the right to sue and recover damages for infringement thereof.

## FACTUAL ALLEGATIONS

10.  As referred to in this Complaint, and consistent with 35 U.S.C. § 100 (c), the

"United States" means "the United States of America, its territories and possessions."

11. Upon information and belief, including based on the products identified on BMW's websites and described in BMW's manuals, BMW makes, imports, and sells products made in accordance with the '198 Patent, including, but not limited to BMW vehicles comprising the Speed Limit Detection (also referred to as Traffic Sign Recognition) and Navigation systems.

12. Upon information and belief, including based on the products identified on BMW's websites and described in BMW's manuals, vehicles comprising the Speed Limit Detection (or Traffic Sign Recognition) and Navigation systems, as of the date of this Complaint, include the following models:

| Year | Model |
|---|---|
| 2014 | 320i Sedan; 320i xDrive Sedan; 328i Sedan; 328i xDrive Sedan; 328d Sedan; 328d xDrive Sedan; 335i Sedan; 335i xDrive Sedan; ActiveHybrid 3; 328d xDrive Sports Wagon; 328i xDrive Sports Wagon; 328i xDrive Gran Turismo; 335i xDrive Gran Turismo; 428i Coupe; 428i xDrive Coupe; 435i Coupe; 435i xDrive Coupe; 528i Sedan; 528i xDrive Sedan; 535i Sedan; 535i xDrive Sedan; 535d Sedan; 535d xDrive Sedan; 550i Sedan; 550i xDrive Sedan; ActiveHybrid 5; 535i Gran Turismo; 535i xDrive Gran Turismo; 550i Gran Turismo; 550i xDrive Gran Turismo; 640i Coupe; 640i xDrive Coupe; 650i Coupe; 650i xDrive Coupe; 640i Convertible; 640i xDrive Convertible; 650i Convertible; 650i xDrive Convertible; 640i Gran Coupe; 640i xDrive Gran Coupe; 650i Gran Coupe; 650i xDrive Gran Coupe; 740i Sedan; 740Li Sedan; 740Li xDrive Sedan; 750i Sedan; 750i xDrive Sedan; 750Li Sedan; 750Li xDrive Sedan; 760Li Sedan; ActiveHybrid 7; X3 xDrive28i; X3 xDrive35i; X5 sDrive35i; X5 xDrive35i; X5 xDrive35d; X5 xDrive50i; M5 Sedan; M6 Coupe; M6 Convertible; M6 Gran Coupe |
| 2013 | 328i Sedan; 328i xDrive Sedan; 328d Sedan; 328d xDrive Sedan; 335i Sedan; 335i xDrive Sedan; ActiveHybrid 3; 528i Sedan; 528i xDrive Sedan; 535i Sedan; 535i xDrive Sedan; 550i Sedan; 550i xDrive Sedan; ActiveHybrid 5; 535i Gran Turismo; 535i xDrive Gran Turismo; 550i Gran Turismo; 550i xDrive Gran Turismo; 640i Coupe; 650i Coupe; |

|      | 650i xDrive Coupe; 640i Convertible; 650i Convertible 650i xDrive Convertible; 640i Gran Coupe; 650i Gran Coupe; 650i xDrive Gran Coupe; 740i Sedan; 740Li Sedan; 740Li xDrive Sedan; 750i Sedan; 750i xDrive Sedan; 750Li Sedan; 750Li xDrive Sedan; 760Li Sedan; ActiveHybrid 7; X3 xDrive28i; X3 xDrive35i; M5 Sedan; M6 Coupe; M6 Convertible |
|------|---|
| 2012 | 328i Sedan; 335i Sedan |
| 2010 | 535i Gran Turismo; 550i Gran Turismo; 550i xDrive Gran Turismo |
| 2009 | 750i Sedan; 750Li Sedan |

## COUNT I:  INFRINGEMENT OF THE '198 PATENT BY BMW

13. Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

14. Upon information and belief, defendant BMW has infringed at least claims 1-2 and 7-11 of the '198 Patent pursuant to 35 U.S.C. § 271 (a) by making, using, offering to sell, and/or selling in the United States, and/or importing into the United States vehicles with Speed Limit Detection (also referred to as Traffic Sign Recognition) and Navigation systems.  Upon information and belief, BMW infringement pursuant to 35 U.S.C. § 271 (a) is ongoing.

15. Upon information and belief, defendant BMW has committed the foregoing infringing activities without license from SMT.

16. To the extent that facts learned in discovery show that BMW's infringement of the '198 Patent is or has been willful, SMT reserves the right to request such a finding at a later time, including at the time of trial.

17. As a result of BMW's infringement of the '198 Patent, SMT has suffered monetary damages and is entitled to a money judgment in an amount adequate to compensate for BMW's infringement, but in no event less than a reasonable royalty, together with interest and costs.

**PRAYER FOR RELIEF**

WHEREFORE, SMT prays for judgment in its favor against BMW granting SMT the following relief:

A. Entry of judgment in favor of SMT against BMW on all counts;

B. Entry of judgment that BMW has infringed the '198 Patent;

C. Award of compensatory damages adequate to compensate SMT for BMW's infringement of the '198 Patent;

D. SMT's reasonable fees for expert witnesses and attorneys, as provided by 35 U.S.C. § 285;

E. SMT's costs;

F. Pre-judgment and post-judgment interest on SMT's award; and

G. All such other and further relief as the Court deems just or equitable.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Fed. R. Civ. P., SMT hereby demands trial by jury in this action of all claims so triable.

Dated: March 18, 2014

Respectfully submitted,

Farnan LLP

By: /s/ Brian E. Farnan
Brian E. Farnan (#4089)
919 North Market St., 12th Floor
Wilmington, DE 19801
Tel. (302) 777-0300
Fax (302) 777-0301
bfarnan@farnanlaw.com

*Attorneys for Plaintiff Speed Monitoring Technologies LLC*

*Of Counsel for Plaintiff Speed Monitoring Technologies LLC:*

Dmitriy Kheyfits
dkheyfits@kheyfitsmaloney.com
Michael James Maloney
mmaloney@kheyfitsmaloney.com
Kheyfits & Maloney LLP
1140 Avenue of the Americas
9th Floor
New York, New York 10036
Tel. (212) 203-5399
Fax. (212) 203-6445